█ In the Matter of JULIA R., an Infant. ORLEANS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JEFF R., Appellant, et al., Respondent. (Appeal No. 1.) [864 NYS2d 373]—Appeal from an order of the Family Court, Orleans County (James P. Punch, J.), entered April 30, 2007 in a proceeding pursuant to Family Court Act article 10. The order, insofar as appealed from, placed the child in the care and custody of petitioner for a period of one year.

lant, et al., Respondent. (Appeal No. 2.) [864 NYS2d 373]—Appeal from an order of the Family Court, Orleans County (James P. Punch, J.), entered August 6, 2007 in a proceeding pursuant to Family Court Act article 10. The order continued the placement of the child with petitioner until the completion of a permanency hearing in December 2007.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Julia R.* (55 AD3d 1384 [2008]). Present—Martoche, J.P., Lunn, Fahey and Pine, JJ.